IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMI BERNHEISEL | : |
| Plaintiff, | : |
| v. | : 3:13-CV-01496 |
| | : (JUDGE MARIANI) |
| MARTIN MIKAYA, M.D., et al. | : |
| Defendants. | : |

### ORDER

AND NOW, THIS _20th_ DAY OF APRIL, 2015, upon consideration of Defendant Team Care, P.C.'s Partial Motion to Dismiss and Motion to Strike Portions of Plaintiff's Complaint (3:13-cv-3092, Doc. 5), and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendant's motion is **DENIED**.

Robert D. Mariani
United States District Judge