**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TAMI BERNHEISEL, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **3:13-CV-01496** |
| | : | **(JUDGE MARIANI)** |
| MARTIN MIKAYA, M.D., et al. | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW, THIS** _9th_ **DAY OF AUGUST, 2016,** upon review of Plaintiff's

Motions in Limine filed (Docs. 151, 153, 155), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion in Limine to Preclude Defendants from any Argument or Testimony

   Regarding Plaintiff's Mental Health, Psychological, or Psychiatric Conditions (Doc.

   151) is **DENIED WITHOUT PREJUDICE**.

2. Plaintiff's Motion in Limine to Preclude Defendants' Experts from Offering Unqualified

   or Duplicative Testimony (Doc. 153) is **DENIED WITHOUT PREJUDICE**.

3. Plaintiffs' Motion in Limine to Preclude or Limit Testimony by Lay Witnesses Hostile

   to the Plaintiff (Doc. 155) is **GRANTED IN PART, DEFERRED IN PART AND**

   **DENIED IN PART:**

   a. Plaintiff's motion is granted to the extent that it seeks to preclude the lay

      witnesses from offering character testimony or testifying on any issue of

which they lack personal knowledge.  In accordance with this Order, any offer

of such testimony shall be subject to a timely objection.

b.  Plaintiff's request that lay witnesses be instructed to only offer testimony as to

what they have personally observed with regard to Plaintiff's condition is

deferred until the time of trial.

c.  Plaintiff's motion is denied without prejudice in all other respects.


Robert D. Mariani
United States District Judge