IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAMI BERNHEISEL,

    Plaintiff

v.      3:13-CV-01496
     (JUDGE MARIANI)

MARTIN MIKAYA, M.D., et al.

    Defendants

## ORDER

AND NOW, THIS 9th DAY OF AUGUST, 2016, upon review of Defendants' Motions in Limine (Docs. 132, 134, 136, 138, 140, 142, 144, 147), **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion in Limine to Bifurcate Trial With Respect to Liability and Damages (Doc. 132) is **DENIED**.

2. Defendants' Motion in Limine to Preclude Expert Witness Testimony from Dr. Maitz (Doc. 134) is **GRANTED**.

3. The Court will **DEFER** ruling on Defendants' Motion in Limine to Preclude Testimony from Plaintiff Expert Witnesses not Produced in Discovery (Doc. 136).

4. The Court will **DEFER** ruling on Defendants' Motion in Limine to Preclude Recovery for Past Medical Expenses (Doc. 138).

5. Defendants' Motion in Limine to Preclude Plaintiff's Expert Witnesses from Referencing Dr. Maitz's Report and Conclusions (Doc. 140) is **GRANTED**.

6. Defendants' Motion in Limine to Preclude/Limit Future Medical Expense Damages (Doc. 142) is **DENIED**.

7. Defendants' Motion in Limine to Preclude Recovery for Future Economic Damages (Doc. 144) is **GRANTED**.

8. Defendants' Motion in Limine to Preclude Plaintiff from Recovering Future Medical Expenses for Failure to Produce Economist Expert (Doc. 147) is **DENIED**.

Robert D. Mariani
United States District Judge